**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                                          2:26-mj-1111-NPM

TIMOTHY HOLMES

---

**ORDER APPOINTING COUNSEL**
**AND DIRECTING REIMBURSEMENT**

At an initial appearance and conditions-of-release hearing on March 18, 2026, defendant Timothy Holmes requested court-appointed counsel under 18 U.S.C. § 3006A. In the interests of justice, the court determined that court-appointed counsel was required and appointed AFPD Yvette Gray to represent Holmes for proceedings in this district only. But based on the financial information provided, Holmes does not qualify for counsel at public expense. The court advised Holmes that it would reserve the issue of his reimbursing the court for the public defender's services.

Therefore, by **April 1**, **2026**, Holmes shall pay **$354** to the clerk of court. *See* 18 USC § 3006A(f). The payment must be accompanied by a copy of this order. The clerk must deposit the payment in the CJA appropriations account.

**ORDERED** on March 19, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge