UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

TIMOTHY HOLMES,

     Defendant,

_____/

CASE NO.:  2:26-mj-01111-NPM

Charging District:
Northern District of Illinois, Eastern Division
Charging District Case No.:
1:26-cr-00106

## ORDER ON REMOVAL PROCEEDINGS AND COMMITMENT TO ANOTHER DISTRICT

Defendant Timothy Holmes was arrested and presented for an initial appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c).  The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20.  Defendant requested and was determined by the Court to be eligible for court-appointed counsel.  Therefore, the Court appointed counsel to represent Defendant for purposes of proceedings in the Middle District of Florida only.  Defendant waived the right to an identity hearing.  Defendant also waived the right to production of the warrant.  Following a detention hearing, Defendant was released on conditions pending Defendant's removal to the Northern District of Illinois, Eastern Division.  Defendant, through Defendant's

counsel, also waived a preliminary hearing in this District as to the Complaint pursuant to Fed. R. Crim. P. 5.1(a).

Accordingly, the Court **ORDERS** that:

1. Defendant is released from custody and ordered to appear in the District Court in which the charge(s) and prosecution are pending:  *i.e.*, the Northern District of Illinois, Eastern Division.

2. If the date and time to appear in the charging District are not set forth below or were not stated on the record in open court at the detention hearing, Defendant must appear in the charging District when notified to do so.  Otherwise, the time and place to appear in the charging District are:

| Place: | Date and Time: |
|---|---|
| | **Judge:** <br> **Courtroom:** |

3. The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**ORDERED** in Fort Myers, Florida, on March 18, 2026.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge